1  PAUL S. METSCH [SBN 121912]
   pmetsch@metschmason.com
2  M: 619-991-4923
   MICHAEL J. MASON [SBN 222602]
3  mmason@metschmason.com
   METSCH & MASON, LLP
4  Sun Harbor Marina
   5060 N. Harbor Drive, Suite 275
5  San Diego, CA  92106
   Direct: 619-230-0897
6
7  Attorneys for Plaintiff LR LEASING, INC.

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  LR LEASING, INC., a Nevada corporation, | Case No.: **'22 CV 1460 DMS KSC** |
| 11 | |
| 12          Plaintiff, | **COMPLAINT FOR:** |
| 13       vs. | **1. CONVERSION;** |
| 14 | |
| 15  UNIFIN FINANCIERA, S.A.B. de C. V., a Mexican non-banking financial institution, | **2. DECLARATORY RELIEF** |
| 16 | **3. NEGLIGENCE** |
| 17          Defendant. | |
| 18 | |

19
20
21
22
23
24
25
26
27
28

55431-014

COMPLAINT FOR: (1) CONVERSION: (2) DECLARATORY RELIEF; AND (3) NEGLIGENCE

Plaintiff LR Leasing, Inc. ("LR Leasing") alleges as follows:

## OVERVIEW

1.      This is an action to recover possession of N450LR (S/N: 1013), a Gulfstream IV aircraft owned by LR Leasing ("Aircraft"), improperly and illegally seized in Mexico by Defendant Unifin Financiera, S.A.B. de C.V. ("Unifin").

2.      Unifin illegally seized the Aircraft in Toluca, Mexica, following the Aircraft's legal flight into Mexico, through this jurisdiction's airspace (specifically over San Diego, California).

3.      Unifin has no ownership or other legal interest in the Aircraft, yet Unifin continues in unlawful possession of the Aircraft, refusing to return the Aircraft to LR Leasing, despite repeated demands.

## PARTIES

4.      LR Leasing is a duly formed Nevada corporation, with an office in San Diego County, California, and is the record owner of the Aircraft, pursuant to the United States Federal Aviation Administration's ("FAA") registration of the Aircraft ("Registration").  A true copy of the Aircraft's April 22, 2021, FAA Registration is attached hereto as **Exhibit 1** and incorporated by this reference.  LR Leasing obtained ownership of the Aircraft on April 21, 2021, via an April 21, 2021 Bill of Sale.  A true copy of the Aircraft Bill of Sale is attached hereto as **Exhibit 2** and incorporated by this reference.  LR Leasing has never done business with Unifin, in any manner.

5.      On or about January 26, 2022, LR Leasing obtained a permit from the Mexican Agencia Federal De Aviación Civil ("AFAC Permit").  The AFAC Permit authorizes LR Leasing to operate the Aircraft in, and over, Mexico.  A true copy of the AFAC Permit is attached hereto as **Exhibit 3** and incorporated by this reference. The AFAC Permit identifies LR Leasing as the legal owner of the Aircraft.

6.      LR Leasing alleges that Unifin is a Mexican non-banking financial institution familiar with aircraft sales and leasing and is aware of the Convention on

COMPLAINT FOR: (1) CONVERSION: (2) DECLARATORY RELIEF: AND (3) NEGLIGENCE

International Civil Aviation, aka the "Chicago Convention," which governs the international registration or transfer of registration of aircraft in any contracting member State.  True copies of the relevant portions of the Chicago Convention are attached hereto as **Exhibit 4** and incorporated by this reference.

7.      Mexico and the United States are both contracting member States to the Chicago Convention.  Thus, Unifin, as a Mexican entity, is governed by the Chicago Convention.  Under Article 18 of the Chicago Convention, an aircraft cannot be validly registered in more than one member State.  Thus, with the Aircraft being validly registered by the FAA in the United States, any purported claim of ownership or registration of the Aircraft in Mexico is in violation of the Chicago Convention and is therefore legally invalid and unenforceable.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it presents federal questions under Articles 18 and 19 of the Chicago Convention.

9.      This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because Unifin is a citizen of the State of Mexico, and LR Leasing is a citizen of the United States and the amount in controversy greatly exceeds $75,000.

10.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because the Aircraft last flew through United States airspace, before entering Mexican airspace, in this judicial District, specifically over San Diego, California.

## COMMON ALLEGATIONS

11.      Unifin caused the Aircraft to be illegally seized on August 7, 2022 in Toluca, Mexico.  Although Unifin claims an ownership and/or lien interest in the Aircraft, such claims have no grounding in law or fact.  LR Leasing is the owner of record of the Aircraft, which is validly registered in the United States by and through the FAA.  In addition, the AFAC recognizes LR Leasing as the Aircraft's

COMPLAINT FOR: (1) CONVERSION: (2) DECLARATORY RELIEF: AND (3) NEGLIGENCE

legal and record owner.

12.    LR Leasing has made numerous requests to Unifin to return the Aircraft to LR Leasing's legal and actual possession, all to no avail.  To this date, Unifin continues to refuse to return the Aircraft.

13.    LR Leasing has gone so far as to obtain a bond in the sum of One Million Mexican Pesos, per Unifin's request, yet Unifin continues to use its political influence to illegally hold the Aircraft in Toluca, Mexico ("Bond").  A true copy of the Bond is attached hereto as **Exhibit 5** and incorporated by this reference.  Notwithstanding the Bond, Unifin refuses to return the Aircraft.

14.    As a direct and proximate result of Unifin's illegal seizure of the Aircraft and subsequent refusals to return the Aircraft, LR Leasing is being damaged at the rate of $250,000 per month (including storage fees), exclusive of pre-judgment interest and costs, according to proof.

15.    In addition, Unifin's actions are directly resulting in physical damage to the Aircraft, while the Aircraft is parked in Toluca, Mexico, which could render the Aircraft worthless.  The Aircraft is presently valued at $5.5 million U.S. dollars.  If the Aircraft is not immediately returned to LR Leasing, the damage to the Aircraft could become permanent, resulting in harm to LR Leasing in excess of $5,500,000 (U.S. Dollars), according to proof.

## FIRST CAUSE OF ACTION

### (Conversion—against Unifin)

16.    LR Leasing incorporates by reference paragraphs 1 through 15 above as though fully set forth herein.

17.    LR Leasing is informed and believes that Unifin intentionally and wrongfully converted the Aircraft to its own personal use and benefit.

18.    LR Leasing is informed and believes that Unifin has exercised wrongful dominion or control over the Aircraft, and LR Leasing did not consent to Unifin's use, interference or conversion.

19.     As a direct and proximate result of Unifin's acts of conversion, LR Leasing has been damaged in the sum of at least $5,500,000, exclusive of pre-judgment interest and costs, according to proof.

20.     LR Leasing is entitled to the imposition of a constructive trust over Unifin's assets in an amount equal to the value of the Aircraft, which amount is at least $5,500,000, exclusive of pre-judgment interest and costs, according to proof.

21.     Unifin's conduct was intended to cause injury to LR Leasing, and was oppressive, fraudulent, and malicious, entitling LR Leasing to punitive damages, according to proof.

## SECOND CAUSE OF ACTION

### (Declaratory Relief—against Unifin)

22.     LR Leasing incorporates by reference paragraphs 1 through 21 above as though fully set forth herein.

23.     An actual dispute and controversy has arisen between LR Leasing and Unifin regarding, among other things, the ownership and possession of the Aircraft, as follows: Unifin contends it owns, or has an ownership interest in, the Aircraft; LR Leasing contends that it has exclusive ownership of the Aircraft and that Unifin has no legal right to possession or ownership of the Aircraft.

24.     By reason of the forgoing disputes between LR Leasing and Unifin, a judicial determination of the parties' rights and obligations is necessary and appropriate.

25.     In addition, the issuance of a mandatory affirmative injunction requiring Unifin to immediately return the Aircraft to LR Leasing is also necessary and appropriate.

## THIRD CAUSE OF ACTION

### (Negligence—against Unifin)

16.     LR Leasing realleges and incorporates by reference paragraphs 1 through 24 above as though fully set forth herein.

17.     At all relevant times, Unifin owed LR Leasing a duty of care with respect to the Aircraft by virtue of Unifin's unlawful seizure and possession of the Aircraft.

18.     Unifin breached its duty of care owed to LR Leasing and was negligent by, among other things, its unlawful seizure and possession of the Aircraft and continued refusal to return the Aircraft.

19.     As a direct and proximate result of Unifin's negligence, LR Leasing has been damaged in the sum of at least $5,500,000, exclusive of pre-judgment interest and costs, all according to proof.

## **PRAYER FOR RELIEF**

WHEREFORE, LR Leasing prays for judgment against Unifin as follows:

**ON THE FIRST CAUSE OF ACTION:**

1.     For compensatory damages in at least the sum of $5,500,000, to be proven at trial;

2.     For punitive and exemplary damages, according to proof; and

3.     For the imposition of a constructive trust over Unifin's assets in an amount equal to $5,500,000, according to proof.

**ON THE SECOND CAUSE OF ACTION:**

1.     For a judicial determination and declaration that LR Leasing is the legal owner of the Aircraft and that Unifin's possession of the Aircraft is in contravention of the Chicago Convention and contrary to state and federal law.

2.     For the issuance of a mandatory affirmative injunction requiring Unifin to immediately return the Aircraft to LR Leasing.  Until such time as the Aircraft is returned, for the issuance of a prohibitory injunction prohibiting Unifin from using or moving the Aircraft to another location.

**ON THE THIRD CAUSE OF ACTION:**

1.     For compensatory damages in the sum of at least $5,500,000, according to proof.

<u>**ON ALL CAUSES OF ACTION**</u>:

    1.    For costs of suit incurred in this action;

    2.    For pre-judgment interest at the maximum allowable legal rate; and

    3.    For such other and further relief as the Court deems just and proper.

DATED:  September 27, 2022      METSCH & MASON, LLP


By:     <u>    s/*Michael J. Mason*    </u>
        PAUL S. METSCH
        MICHAEL J. MASON
        Attorneys for Plaintiff LR LEASING, INC.

# EXHIBIT 1

## REGISTRATION NOT TRANSFERABLE

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION – FEDERAL AVIATION ADMINISTRATION
CERTIFICATE OF AIRCRAFT REGISTRATION

This certificate must be in the aircraft when operated

NATIONALITY AND
REGISTRATION MARKS **N** 450LR

AIRCRAFT SERIAL NO.
1013

MANUFACTURER AND MANUFACTURER'S DESIGNATION OF AIRCRAFT
GULFSTREAM AEROSPACE          G-IV

ICAO Aircraft Address Code:   51271446

ISSUED TO

LR LEASING INC
318 N CARSON ST STE 208
CARSON CITY NV 89701-4269

Corporation

This certificate is issued for registration purposes only and is not a certificate of title. The Federal Aviation Administration does not determine rights of ownership as between private persons.

It is certified that the above described aircraft has been entered on the register of the Federal Aviation Administration, United States of America, in accordance with the Convention on International Civil Aviation dated December 7, 1944, and with Title 49, United States Code, and regulations issued thereunder.

DATE OF ISSUE    April 22, 2021
EXPIRATION DATE  April 30, 2024

ADMINISTRATOR



U.S. Department of Transportation
**Federal Aviation Administration**

AC Form 8050-3 (10/2019) Supersedes previous editions

EXHIBIT 2

## UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

OMB Control No. 2120-0042
Exp. 12/31/2020

### AIRCRAFT BILL OF SALE

FOR AND IN CONSIDERATION OF $          THE
UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND
BENEFICIAL TITLE OF THE AIRCRAFT  DESCRIBED
AS FOLLOWS:

UNITED STATES
REGISTRATION NUMBER    **N** 450LR

AIRCRAFT MANUFACTURER & MODEL
GULFSTREAM AEROSPACE G-IV

AIRCRAFT SERIAL NO.
1013

DOES THIS   _21st_   DAY OF  _April_   , _2021_
HEREBY SELL, GRANT, TRANSFER AND
DELIVER ALL RIGHTS, TITLE, AND INTERESTS
IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

LR LEASING, INC.
318 N. CARSON ST. STE. 208
CARSON CITY, NV  89701

DEALER CERTIFICATE NUMBER

AND TO                                  EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD
SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF        HAVE SET        HAND AND SEAL THIS _21st_ DAY OF _April, 2021_

**SELLER**

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| APOGEE FINANCE LLC | Digitally signed by TIM POLLARD id.V4SwBPjyiyp5Ojs0BGSuGT6mBMMDba | MANAGING MEMBER |
|  |  |  |
|  |  |  |
|  |  |  |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING:  HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR
VALIDITY OF THE INSTRUMENT.)

ORIGINAL:  TO FAA:
AC Form 8050-2 (12/20)

RECORDED BY
Federal Aviation Administration
Civil Aviation Registry
Date _4-22-2021_ Time _10:14_
Conveyance Number _LC017387_

EXHIBIT 3

 

# COMUNICACIONES
SECRETARÍA DE INFRAESTRUCTURA, COMUNICACIONES Y TRANSPORTES

**FORMATO DE SOLICITUD PARA AUTORIZACIONES POR ENTRADAS MULTIPLES**

Tapachula Chiapas, Enero 26 de 2022.

AGENCIA FEDERAL DE AVIACION CIVIL
**CAP. Y LIC. ADOLFO SANTAMARIA URIETA.**
*COMANDANTE DEL AEROPUERTO INTERNACIONAL DE TAPACHULA.*
P R E S E N T E

Por medio del presente solicito a su intervención para obtener la Autorización por Internación por **ENTRADAS MULTIPLES** para realizar Transporte Aéreo Internacional **Privado No Comercial**, con vigencia al **31/12/2022** con la aeronave que se menciona a continuación:

| Marca: GULFSTREAM AEROSPACE | Modelo: G-IV | No. De Serie: 1013 |
|---|---|---|
| Matricula: N450LR | Color:  BLANCO | **Propietario** LR LEASING INC |
| No. De Póliza de Seguro: NA789540 | Vigencia de la Póliza de Seguro: 30/09/2022 | Nombre de la Compañía de Seguro: EL GNP SEGUROS |

**DECLARACIONES DEL SOLICITANTE**

a. Tiene conocimiento y acepta que las operaciones de las aeronaves extranjeras en territorio mexicano, además de cumplir con la regulación de su país de origen, deberán sujetarse estrictamente a la Regulación Mexicana.

b. Tiene conocimiento y acepta que las aeronaves civiles extranjeras de transporte aéreo privado no comercial, deberán cumplir con los requisitos y formalidades de aduana, migración, sanidad y de cualquier otra autoridad que lo requiera.

c. Tiene conocimiento y acepta que no se podrá transportar: carga, mercancía o artículos de cualquier otra índole, que no sean de uso personal de los viajeros o de la tripulación.

d. Tiene conocimiento y acepta que no todas las operaciones de aeronaves civiles provenientes del extranjero deberán sujetarse a las restricciones que imponga el Gobierno Federal en materia de Seguridad Nacional.

e. Tiene conocimiento y acepta que la tripulación de la aeronave, deberá traer a bordo la autorización, así como el comprobante de pago de los derechos respectivos de la misma, para mostrarlos a las autoridades aeronáuticas de los aeropuertos que se utilicen.

f. Tiene conocimiento y acepta que les queda **estrictamente prohibido prestar el servicio público de transporte aéreo (taxi) al amparo de esta autorización.**

g. Tiene conocimiento y acepta cumplir lo señalado en el artículo 126 del Reglamento de la Ley General de Población que establece textualmente lo siguiente:

   *"… Los comandantes de aeropuertos deberán informar a las autoridades migratorias sobre la llegada y salida de toda aeronave, siempre que proceda del exterior o se dirija a otro país. No autorizarán la salida de naves con destino al extranjero, si sus comandantes o pilotos no les comprueban plenamente que la documentación migratoria de los pasajeros y la tripulación han sido debidamente revisados por las autoridades del servicio de migración; asimismo, en caso de cancelaciones de vuelos, éstas deberán ser notificadas inmediatamente a la autoridad migratoria…"*

h. Tiene conocimiento y acepta que previo a efectuar las operaciones de salida con destino al extranjero, es de estricta responsabilidad de los pilotos, acudir a las oficinas de Migración del Aeropuerto Internacional de que se trate, a

**2022** Ricardo **Flores** Magón
Año de



# COMUNICACIONES
SECRETARÍA DE INFRAESTRUCTURA, COMUNICACIONES Y TRANSPORTES

documentar su situación migratoria; y

i. Tiene conocimiento y acepta que no se autorizará la salida de aeronaves con destino al extranjero, si los pilotos no comprueban plenamente que la documentación migratoria de los pasajeros y la tripulación, y que han sido debidamente revisados por las autoridades del servicio de migración.

j. Tiene conocimiento y acepta cumplir lo señalado en los artículos 24 y 25 del Reglamento de la Ley Aduanera que establecen textualmente lo siguiente:

"...Artículo 24. En el caso de aeronaves que conduzcan pasajeros y equipajes, podrá efectuarse el tráfico aéreo internacional durante horas inhábiles, cuando oportunamente las autoridades competentes notifiquen a la autoridad aduanera la hora en que se efectuará el aterrizaje o despegue correspondiente.

"...Artículo 25. Las autoridades de aeronáutica de los aeropuertos internacionales del país, notificarán oportunamente a las autoridades aduaneras respecto de los vuelos del mismo carácter, y no autorizarán el despegue de aeronaves a las que no se les haya practicado la visita de inspección aduanera de salida."

k. Tiene conocimiento y manifiesta expresamente que bajo protesta de decir verdad conoce, acepta y cumplimentará los puntos antes descritos y que acepta que el permiso será suspendido de forma inmediata en el caso de que incumplan en cualquiera de los puntos señalados en esta autorización.

l. Para lo anterior, anexo copia de los documentos VIGENTES siguientes:

* Certificado de Aeronavegabilidad (Standard Airworthiness Certificate)
* Certificado de Registro de Aeronave (Aircraft Registration Certificate)
* Póliza de Seguro que responsabilidad civil por daños a terceros vigente que cubra el límite territorial de la República Mexicana, con una suma asegurada equivalente a 56,900 días de salario mínimo vigente en el Distrito Federal (Insurance Policy (must cover third party damages for up to 300,000 usd).
* Licencias de Pilotos y certificado médico extranjeros ( Foreign Pilots License and medical certificate)

m. El solicitante acepta que la aeronave no podrá ser sujeta de mantenimiento en el territorio nacional, a menos que el taller o mecánicos cuenten con la certificación del país de origen.



AFAC
AGENCIA FEDERAL DE AVIACIÓN CIVIL
DIRECCIÓN GENERAL ADJUNTA DE SEGURIDAD AÉREA
COMANDANCIA REGIONAL IV
COMANDANCIA DEL AEROPUERTO INT. TAPACHULA
TAPACHULA CHIAPAS

Nombre y Firma del Solicitante

*Frank Delgadillo Jackson -*

CAP FRANK DELGADILLO JACKSON  3221961 // LUIS MANUEL HERNANDEZ 3658234

2022 Flores Magón

 

# COMUNICACIONES
SECRETARÍA DE INFRAESTRUCTURA, COMUNICACIONES Y TRANSPORTES

Oficio 1.2.0.4.10.-029/2022 TAP

ASUNTO: PERMISO DE ENTRADAS MULTIPLES
MATRICULA: N450LR

Tapachula Chiapas, Enero 26 del 2022.

**OPERADOR:** LR LEASING INC
**DIRECCION:** 318 N CARSON ST STE 208 CARSON CITY NV 89701-4269

Se recibió su solicitud de fecha **26 de enero de 2022** y con fundamento en los artículos 7 Bis y 29 de la Ley de Aviación Civil y 21, fracción VI del Reglamento Interior de la Secretaria de Comunicaciones y Transportes, esta Comandancia del Aeropuerto Internacional de **Tapachula (MMTP)**, **AUTORIZA** realizar **TRANSPORTE AÉREO INTERNACIONAL PRIVADO NO COMERCIAL**, a fin de transportar al propietario o poseedor, sus familiares e invitados, y en caso de ser persona moral, al propietario , ejecutivos, empleados y socios de la empresa; la operación deberá ser entre cualquier aeropuerto internacional extranjero, hacia cualquier aeropuerto internacional de la **República Mexicana** con la aeronave que abajo se describe:

**AERONAVE MARCA:** GULFSTREAM AEROSPACE  **MODELO:** G-IV  **MATRICULA:** N450LR
**PROPIETARIO:** LR LEASING INC

En tal virtud  y de conformidad con lo dispuesto en los artículos 3°, fracciones XII y XIII de la Ley de Vías Generales de Comunicación; 1°, 3°, 4°, 6°, fracciones I, V y XV, 28, 32, 35, 44, 70, 71, 72, 74, 76 y demás aplicables de la Ley de Aviación Civil, la presente autorización estará sujeta a lo siguiente:

1. La vigencia de la presente autorización será hasta el **31 de Diciembre del 2022.**
2. El equipo autorizado es con la matrícula de la aeronave arriba descrita.
3. La tripulación de vuelo de la aeronave, deberá traer a bordo esta autorización, así como el comprobante de pago de los derechos, de la misma, para mostrarlos a las autoridades aeronáuticas de los aeropuertos que utilice.
4. La aeronave deberá entrar y salir de territorio mexicano, por un Aeropuerto Internacional de la República Mexicana autorizado por la Secretaria de Comunicaciones y Transportes, publicados en el AIP/PIA donde cumplirá las formalidades de Aduana, Migración y Sanidad, tanto a la entrada como a la salida.
5. La aeronave no podrá permanecer por un periodo mayor de 180 días consecutivos en el año en que se expidió el permiso en territorio mexicano.
6. El piloto al mando de la aeronave para realizar vuelos en territorio mexicano, deberá cumplir con las Leyes de: Aviación Civil; Aeropuertos; sus Reglamentos, Normas y disposiciones de seguridad aplicables, y de las disposiciones de las autoridades de su país, respecto a marcas de nacionalidad y matrícula, peso, instrumentos y accesorios de seguridad y auxilio; contar con certificados de registro, aeronavegabilidad, licencias del personal de vuelo, y documentación pertinente vigente, y
7. Seguir las aerovías previamente autorizadas por la Secretaria de Comunicaciones y Transportes.
8. Las operaciones de las aeronaves extranjeras en territorio mexicano deben cumplir con la regulación de su país de origen y también estarán sujetas a la regulación mexicana aplicable, con ello queda por sentado también que las operaciones civiles provenientes del extranjero estarán sujetas a las restricciones que el Gobierno Federal imponga por Seguridad Nacional.
9. Entre otras, el operador contara con póliza de seguros vigente que garantiza el pago de las indemnizaciones por las responsabilidades civiles en que puedan incurrir por daños a las personas y/o bienes en territorio mexicano en términos de los Artículos 62, 70, 72 y 74 de la Ley de Aviación Civil, la cual deberá llevarse a bordo de la aeronave.
10.    **Queda estrictamente prohibido que este operador realice vuelos con fines comerciales y de transporte de: carga, mercancía o artículos de cualquier índole, que no sean de uso personal, de los viajeros o de la tripulación.**
11.    Se declara que conforme a lo señalado en el Art. 7 Bis de la Ley de Aviación Civil, el Comandante de Aeropuerto tendrá las atribuciones de autorizar o suspender la operación de la aeronave y en adición no deberá autorizar la operación en Aeródromos dentro de Territorio Nacional, que no cumplan con las condiciones de seguridad.

2022 Ricardo Flores Magón Año de

  

**COMUNICACIONES**

12.    De conformidad con la Ley Federal de Derechos vigente, la expedición de esta autorización causa Derechos por **$1,940.00** de acuerdo al artículo 159 fracción III, este pago fue realizado mediante recibo con referencia alfanumérica _____ De fecha **26 de enero de 2022** que emitió la **AGENCIA FEDERAL DE AVIACÓN CIVIL** en __MMTP__ con número de cadena de la dependencia en la hoja de ayuda: _____

13.    En lo referente a este operador **NO** podrá prestar servicio público de transporte aéreo (Taxi) al amparo de esta autorización.

14.    **La tripulación de la aeronave, deberá traer a bordo esta autorización, así como el comprobante de pago de los derechos respectivos de la misma, para mostrarlos a las autoridades aeronáuticas de los aeropuertos que se utilicen.**

15.    Se declara también que se tiene conocimiento y que se cumplirá a cabalidad lo dispuesto en el artículo 71 Y 73 del Reglamento de la Ley de migración, que a la letra dice:

"_Artículo 71.I Información oportuna por escrito o medios electrónicos sobre el arribo y salida de toda aeronave, siempre que proceda del extranjero o se dirija a otro país. II Abstenerse de autorizar la salida de aeronaves con destino a otro país hasta en tanto los pilotos acrediten plenamente la documentación migratoria de tripulantes y pasajeros ha sido revisada por el instituto, III Notificar de inmediato al instituto de toda cancelación de vuelos…"Artículo 73. Los pilotos de aeronave y capitanes de embarcaciones que pretendan salir de territorio nacional deberán obtener la autorización del instituto.

Los comandantes de aeropuertos internacionales no autorizaran la salida de territorio nacional de aeronaves hasta que el instituto haya efectuado la revisión migratoria de las personas a bordo,"

Por lo tanto, será necesario que previo a efectuar las operaciones de salida con destino al extranjero, es de estricta responsabilidad de los pilotos, o en su caso a sus representantes acreditados acudir a las oficinas de Migración del Aeropuerto Internacional de que se trate, a documentar su situación migratoria;

16.    No se autorizará la salida de naves con destino al extranjero, si los pilotos no comprueban plenamente que la documentación migratoria de los pasajeros y la tripulación ha sido debidamente revisada por las autoridades del servicio de migración.

17.    Que los artículos 24 y 25 del Reglamento de la Ley Aduanera establecen textualmente lo siguiente:

"_Artículo 24. **En el caso de aeronaves que conduzcan pasajeros y equipajes, podrá efectuarse el tráfico aéreo internacional durante horas inhábiles, cuando oportunamente las autoridades competentes notifiquen a la autoridad aduanera la hora en que se efectuará el aterrizaje o despegue correspondiente. "_Artículo 25. Las autoridades de aeronáutica de los aeropuertos internacionales del país, notificarán oportunamente a las autoridades aduaneras respecto de los vuelos del mismo carácter, y no autorizarán el despegue de aeronaves a las que no se les haya practicado la visita de inspección aduanera de salida…"**

18.    El usuario manifiesta expresamente en la solicitud de **Entradas Múltiples**, que bajo protesta de decir verdad conoce, acepta y cumplimentará los puntos descritos en los numerales anteriores, y que acepta que el permiso será suspendido de forma inmediata en el caso de incumplimiento de éstos.

*ENGLISH:*
*THIS AUTHORIZATHION IS VALD ONLY FOR THIS OPERATOR, WITH THIS AIRCRAFT PROVIDEWD IT, OPERATING PRIVATE FLIGHTS ONLY. THIS DOCUMENT MUST BE ONBOARD AND SHOW THEM TO MEXICAN CIVIL AVIATION AUTHORITIES (A.F.A.C.) AT ITS ARRIVAL TO ANY AIRPORT WITHIN MEXICO.*

ATENTAMENTE

C. IVAN ESCALERA ARCOS.
INSPECTOR VERIFICADOR AERONAUTICO EN TURNO



AFAC
AGENCIA FEDERAL
DE AVIACIÓN CIVIL
DIRECCIÓN GENERAL ADJUNTA
DE SEGURIDAD AÉREA
COMANDANCIA REGIONAL IV
COMANDANCIA DEL
AEROPUERTO INT. TAPACHULA
TAPACHULA, CHIAPAS.



2022 Año de Ricardo Flores Magón

AGENCIA FEDERAL DE AVIACION CIVIL.
DIRECCION EJECUTIVA DE SEGURIDAD AEREA
COMANDANCIA REGIONAL **IV** DE INSPECCION AEREA
COMANDANCIA DEL AEROPUERTO INTERNACIONAL DE TAPACHULA



_____**MMTP**_____                                    _____**TAP**_____

*FECHA*      *MIERCOLES, 26 DE ENERO DE 2022*          **RECIBO  PROVICIONAL DE PAGO**

*BUENO POR.* _____ *1, 940.00* _____

*CANTIDAD CON LETRAS* _____ *MIL NOVECIENTOS CUERENTA PESOS 00/100 M.N* _____

*COMPROBANTE* _____ *PROVISIONAL POR PAGO DE INTERNACION UNICA DE AERONAVE* _____

*MATRICULA* _____ *N450LR* _____ *TIPO DE AERONAVE* _____ *G - IV* _____

*R.F.C.* _____ *TELEFONO.* _____

*TEL. OFICINA* _____ *MAIL* _____

_____ *LR LEASING INC* _____


PERMISO DE ENTRADAS MULTIPLES

SELLO DE COMANDANCIA
INSP. IVAN ESCALERA ARCOS



NOMBRE DEL PILOTO DE LA AERONAVE

*Frank Delgadillo Jackson*

CAP FRANK DELGADILLO JACKSON  3221961 // LUIS MANUEL HERNANDEZ 3658234
COMANDANCIA DEL AEROPUERTO INTERNACIONAL DE TAPACHULA CHIAPAS.
CARRETERA A PTO. MADERO KM. 18.5
TELS. (962) 62 6 10 25 CISCO 43535

**2022** *Ricardo Flores Magón*

# EXHIBIT 4

**Doc 7300/9**



# Convention on International Civil Aviation

# Convention relative à l'aviation civile internationale

# Convenio sobre Aviación Civil Internacional

# Конвенция о международной гражданской авиации

This document supersedes Doc 7300/8.
Le présent document annule et remplace le Doc 7300/8.
Este documento remplaza el Doc 7300/8.
Настоящий документ заменяет Doc 7300/8.

Ninth Edition – Neuvième édition – Novena edición – Издание девятое — 2006

**International Civil Aviation Organization**
**Organisation de l'aviation civile internationale**
**Organización de Aviación Civil Internacional**
**Международная организация гражданской авиации**

# CONVENTION[1]

## ON INTERNATIONAL CIVIL AVIATION

### Signed at Chicago, on 7 December 1944

---

## PREAMBLE

WHEREAS the future development of international civil aviation can greatly help to create and preserve friendship and understanding among the nations and peoples of the world, yet its abuse can become a threat to the general security; and

WHEREAS it is desirable to avoid friction and to promote that cooperation between nations and peoples upon which the peace of the world depends;

THEREFORE, the undersigned governments having agreed on certain principles and arrangements in order that international civil aviation may be developed in a safe and orderly manner and that international air transport services may be established on the basis of equality of opportunity and operated soundly and economically;

Have accordingly concluded this Convention to that end.

# CONVENTION[1]

## RELATIVE À L'AVIATION CIVILE INTERNATIONALE

### Signée à Chicago, le 7 décembre 1944

---

## PRÉAMBULE

CONSIDÉRANT que le développement futur de l'aviation civile internationale peut grandement aider à créer et à préserver entre les nations et les peuples du monde l'amitié et la compréhension, alors que tout abus qui en serait fait peut devenir une menace pour la sécurité générale,

CONSIDÉRANT qu'il est désirable d'éviter toute mésentente entre les nations et les peuples et de promouvoir entre eux la coopération dont dépend la paix du monde,

EN CONSÉQUENCE, les Gouvernements soussignés étant convenus de certains principes et arrangements, afin que l'aviation civile internationale puisse se développer d'une manière sûre et ordonnée et que les services internationaux de transport aérien puissent être établis sur la base de l'égalité des chances et exploités d'une manière saine et économique,

Ont conclu la présente Convention à ces fins.

---

1. Came into force on 4 April 1947, the thirtieth day after deposit with the Government of the United States of America of the twenty-sixth instrument of ratification thereof or notification of adherence thereto, in accordance with Article 91 *b)*.

1. Entrée en vigueur le 4 avril 1947, trentième jour après le dépôt auprès du Gouvernement des États-Unis d'Amérique du vingt-sixième instrument de ratification ou notification d'adhésion, conformément à l'article 91 *b)*.

imposed by any contracting State in respect solely of the right of transit over or entry into or exit from its territory of any aircraft of a contracting State or persons or property thereon.

contractant ne doit imposer de droits, taxes ou autres redevances uniquement pour le droit de transit, d'entrée ou de sortie de son territoire de tout aéronef d'un État contractant, ou de personnes ou biens se trouvant à bord.

## Article 16

*Search of aircraft*

The appropriate authorities of each of the contracting States shall have the right, without unreasonable delay, to search aircraft of the other contracting States on landing or departure, and to inspect the certificates and other documents prescribed by this Convention.

## Article 16

*Visite des aéronefs*

Les autorités compétentes de chacun des États contractants ont le droit de visiter, à l'atterrissage et au départ, sans causer de retard déraisonnable, les aéronefs des autres États contractants et d'examiner les certificats et autres documents prescrits par la présente Convention.

## CHAPTER III

### NATIONALITY OF AIRCRAFT

## CHAPITRE III

### NATIONALITÉ DES AÉRONEFS

## Article 17

*Nationality of aircraft*

Aircraft have the nationality of the State in which they are registered.

## Article 17

*Nationalité des aéronefs*

Les aéronefs ont la nationalité de l'État dans lequel ils sont immatriculés.

## Article 18

*Dual registration*

An aircraft cannot be validly registered in more than one State, but its registration may be changed from one State to another.

## Article 18

*Double immatriculation*

Un aéronef ne peut être valablement immatriculé dans plus d'un État, mais son immatriculation peut être transférée d'un État à un autre.

## Article 19

*National laws governing registration*

The registration or transfer of registration of aircraft in any contracting State shall be made in accordance with its laws and regulations.

## Article 19

*Lois nationales régissant l'immatriculation*

L'immatriculation ou le transfert d'immatriculation d'aéronefs dans un État contractant s'effectue conformément à ses lois et règlements.

EXHIBIT 5

 **SOFIMEX.**

# FACTURA

| FIANZA |
|---|
| 2712788 |
| **SERIE - FOLIO** |
| AA 1162659 |
| **No. DE AGENTE** |
| 2448 |
| **VIGENCIA** |

Sofimex, Institución de Garantías, S.A. RFC ASG-950531-ID1 Régimen Fiscal 601

Teléfono con lada:                    Correo electrónico: matriz@sofimex.mx

Página de Internet:    www.sofimex.mx

Domicilio Fiscal: BLVD. ADOLFO LÓPEZ MATEOS NO 1941 PISO 2, LOS ALPES, C.P.1010, ALVARO OBREGON, CDMX, MEXICO

| **Desde:** 23/09/2022 | **Hasta:** 22/09/2023 |
|---|---|

| **FECHA Y HORA DE EMISIÓN** |
|---|
| 2022-09-23T15:16:19 |

| No. Serie Certificado Contribuyente : | No. Serie Certificado SAT : | Uso CFDI: |
|---|---|---|
| 00001000000500182889 | 00001000000505464943 | G03 Gastos en general |

Código postal de la Oficina:   01010   Expedido en:   01010 CDMX    **Oficina de servicio:**   CUENTAS ESPECIALES I

| **DATOS DEL CONTRATANTE** | **DATOS DE FACTURA** | |
|---|---|---|
| Nombre o razón social:   MKE MANUFACTURING, S.A. DE C.V. | Ramo: | JUDICIALES |
| | Subramo: | JUDICIALES NO PENALES |
| R.F.C.:   MMA120917LJ9 | Tipo de Fianza: | DAÑOS Y PERJUICIOS |
| Domicilio:   CALZ DE LOS REMEDIOS 35, COL. BOSQUE DE LOS REMEDIOS | Tipo de Movimiento: | EMISION |
| | Tipo de Moneda: | MXN |
| C.P.:   53030    Estado:   ESTADO DE MEXICO | Fianza expedida ante: | |
| Alcaldía o Municipio:   NAUCALPAN DE JUÁREZ | JUZGADO CUARTO DE DISTRITO EN MATERIA DE AMPARO Y DE JUICIOS FEDERALES EN EL ESTADO DE MEXICO. | |
| Teléfono:   7756845708 | | |
| Monto total de la fianza:   $   1,000,000.00 | | |
| **Monto Movimiento:**   **$**   1,000,000.00 | | |

| Conceptos | | | | | | Traslados | | | |
|---|---|---|---|---|---|---|---|---|---|
| ClaveProdServ | Cantidad | Clave unidad | Descripción | Valor Unitario | Importe | Impuesto | Tipo Factor | Tasa | Importe |
| 84101503 | 1 | E-48 | Prima | 35,000.00 | 35,000.00 | I.V.A. | Tasa | 0.16000 | 5,600.00 |
| 84101503 | 1 | E-48 | D.I.V | 1,225.00 | 1,225.00 | I.V.A. | Tasa | 0.16000 | 196.00 |
| 84101503 | 1 | E-48 | Gastos | 2,000.00 | 2,000.00 | I.V.A. | Tasa | 0.16000 | 320.00 |

Sello Digital SAT:

EdXxzWjbNDQw8gqTgJL7lIp9IE128NIqaHftS/
+ZzTiG2sYg6C/rwEqISaV73e3FeSnY7IIv2aoC6OpMCdbdYI1OJOOFOxwNIQkK8fBsyCa5im25l4zIN78SHTIdcFgpFhzFs/MHKD0JWa8SIVrbi3Z
QQ9IFP3j913ahatNEXyXbzyZnCbxdr2
+Ps/KQdygRo/D6IuA16xL1QgiJYu7tsIYPhNSM873nyvUd47sOrXDrYGRsTGuQvpqZ2t9YouHJzvmN2PU1JTLiR8vmU4YMxkMkcw6wpRMQT0
4d8YxmirzsLxph+IR2N+2779+Dqkksand!FgoVW5ATSmhUqw==

| | | |
|---|---|---|
| Sub Total: | $ | 38,225.00 |
| Total Impuestos trasladados: | $ | 6,116.00 |
| Total comprobante: | $ | 44,341.00 |

Importe con letra:    (***CUARENTA Y CUATRO MIL TRESCIENTOS CUARENTA Y UN PESOS 00/100 MXN***)

## FORMA DE PAGO

Método de Pago:   PPD                    Forma de Pago:   99

**1. Si realiza su pago mediante transferencia electrónica de un banco diferente a HSBC o Bancomer,** deberá registrar el número de cuenta Clabe en el módulo SPEI, indicar el número de referencia en el campo "CONCEPTO DE PAGO" y capturar el importe exacto de la factura. **2. Si realiza su pago a través de Convenio,** deberá registrarlo en la opción de PAGO DE SERVICIOS de la Institución Bancaria. **3. Si el pago es a través de Ventanilla Bancaria,** deberá indicar el número de Convenio y Referencia para su aplicación.Si va a pagar varias fac turas en un solo movimiento favor de solicitar una ficha múltiple a su agente de ventas o ejecutivo de cuenta. Para pagar con tarjeta de crédito acude a la sucursal de Sofimex más cercana.

| Banco: | Cuenta Clabe/Convenio: | Referencia: | Importe: | Moneda: |
|---|---|---|---|---|
| **BBVA Bancomer** | CIE 711691 CLABE: 012914002007116914 | 12712788000000000012 | 44,341.00 | PESOS |
| **HSBC** | RAP 8240 CLABE: 021180550300082407 | 12712788000000000012 | 44,341.00 | PESOS |
| **STP** | CLABE: 646180221006156008 | 12712788000000000012 | 44,341.00 | PESOS |
| | **Efectivo** | **Cheque mismo banco** | | **Cheque otros bancos** |

Cadena original:   |I1.0|29|A2B1B-4F09-4247-BA4C-B252FBF11F9E|2022-09-23T15:16:23|MC16tZdbVziE32tYndHEjR1rYOOC6JfVGDyznkfjBkw0kt0zWWAPgCgZi+OqqDfUtDwgaxIzR|YHGz1bWrpH+c+MtNwUhpjP4gpIkZRWd9XiZ8h1MBhS1JKh5yQIYSae5bk9yyHpFVuF2G7cmbkjPUiCWidEMSbyb+xiS5kR2m2OCCbiT9igF1sB8cvN5FpBmVGvTMNe69OU44RZvB4zpAHW08t4I7QOIqAn7ApNxuvgDGeegHSk/4gd4wpDoERcSm0S+3pGgjJYjNLeZu1I0aYO1mjWzroqVy86SIGDJ0uuKAIXll+7pNoJknC1ejTEnxEzf0IKA==

MC16tZdbVziE32tYndHEjR1rYOOC6JfVGDyznkfjBkw0kt0zWWAPgCgZi+OqqDfUtDwgaxIzR|YHGz1bWrpH+c+MtNwUhpjP4gpIkZRWd9XiZ8h1MBhS1JKh5yQIYSae5bk9yyHpFVuF2G7cmbkjPUiCWidEMSbyb+xiS5kR2m2OCCbiT9igF1sB8cvN5FpBmVGvTMNe69OU44RZvB4zpAHW08t4I7QOIqAn7ApNxuvgDGeegHSk/4gd4wpDoERcSm0S+3pGgjJYjNLeZu1I0aYO1mjWzroqVy86SIGDJ0uuKAIXll+7pNoJknC1ejTEnxEzf0IKA==

Sello digital:

Folio Fiscal:   D29A2B1B-4F09-4247-BA4C-B252FBF11F9E

Fecha y Hora de Certificación:   2022-09-23T15:16:23

ESTE DOCUMENTO ES UNA REPRESENTACIÓN IMPRESA DE UN CFDI

Autorizado por la Comisión Nacional de Seguros y Fianzas, en oficio No. 06-367-II-1.3/12854 de fecha 13 de Diciembre de 2013.

NOTA: Si realiza su pago con cheque, sírvase expedirlo "nominativo para abono en cuenta de Sofimex, Institución de Garantías, S.A." y con la leyenda NO NEGOCIABLE, todo cheque devuelto causará un cargo del 20% en los términos del artículo 193 de la Ley General de Títulos y Operaciones de Crédito.

En caso de que no se cubra la prima por la expedición de la fianza, el retraso en el pago causará intereses de conformidad con lo establecido en el contrato de solicitud respectivo.

Línea de validación:   0C02712788T2OWZZ

**Pagadera en una sola exhibición**

**SOFIMEX** ®

Blvd. Adolfo López Mateos No. 1941. Col. Los Alpes Ciudad de México, C.P. 01010. Tel. y Fax: 5480-2500
www.sofimex.mx Autorizada por el Gobierno Federal a través de la Comisión Nacional de Seguros y Fianzas para
otorgar seguros de caución y fianzas a título oneroso R.F.C. ASG- 950531-ID1

| FIANZA |
|---|
| 2712788 |
| MOVIMIENTO |
| EMISION |

| LUGAR Y FECHA DE EXPEDICIÓN | DOCUMENTO |
|---|---|
| CDMX, A 23 DE SEPTIEMBRE DE 2022 | 3049780 |

| MONTO DEL MOVIMIENTO | MONTO TOTAL DE LA FIANZA | MONEDA | OFICINA | AGENTE |
|---|---|---|---|---|
| $1,000,000.00 | $1,000,000.00 | **PESOS** | 99 | 2448 |

| RAMO | SUBRAMO |
|---|---|
| JUDICIALES | JUDICIALES NO PENALES |

SOFIMEX, INSTITUCIÓN DE GARANTÍAS, S.A. En Ejercicio de la autorización que le otorgó el Gobierno Federal por conducto de la Comisión Nacional de Seguros y Fianzas en los términos de los artículos 11 y 36 de la Ley de Instituciones de Seguros y de Fianzas se Constituye fiadora hasta por la suma de:

$1,000,000.00 (***UN MILLON DE PESOS 00/100 M.N.***)

ANTE: JUZGADO CUARTO DE DISTRITO EN MATERIA DE AMPARO Y JUICIOS CIVILES FEDERALES EN EL ESTADO DE MEXICO, CON RESIDENCIA EN TOLUCA.

PARA GARANTIZAR POR LR LEASING, INC, LOS POSIBLES DAÑOS Y PERJUICIOS DERIVADOS DEL ASEGURAMIENTO DE LA AERONAVE GULFSTREAM AEROSPACE GIV, MATRICULA DE LOS ESTADOS UNIDOS DE AMERICA N450LR, SERIE 1013, EXPEDIENTE NO. 198/2022, TRAMITADO ANTE JUZGADO CUARTO DE DISTRITO EN MATERIA DE AMPARO Y JUICIOS CIVILES FEDERALES EN EL ESTADO DE MEXICO, CON RESIDENCIA EN TOLUCA. PARA QUE ESTA FIANZA SEA RECLAMABLE SE DEBERÁ ACREDITAR VÍA PODER JUDICIAL, QUE SE CAUSARON DAÑOS Y PERJUICIOS EN LOS TÉRMINOS DE LA LEGISLACIÓN APLICABLE Y EL PROCEDIMIENTO DE COBRO SERÁ REGULADO POR LA LEY DE INSTITUCIONES DE SEGUROS Y DE FIANZAS EN VIGOR. LA COMPAÑÍA AFIANZADA SE SOMETE A LA JURISDICCIÓN Y COMPETENCIA DEL JUZGADO CUARTO DE DISTRITO EN MATERIA DE AMPARO Y JUICIOS CIVILES FEDERALES EN EL ESTADO DE MEXICO, CON RESIDENCIA EN TOLUCA.

LA VIGENCIA SERÁ DE 365 DÍAS CALENDARIO A PARTIR DE LA FECHA DE SU EMISIÓN, FECHA EN LA CUAL QUEDARÁ AUTOMÁTICAMENTE CANCELADA EN NINGÚN CASO LA RESPONSABILIDAD QUE SOFIMEX, INSTITUCIÓN DE GARANTÍAS, S.A., ASUME POR ESTA FIANZA PODRÁ EXCEDER DE LA CANTIDAD DE $1,000,000.00 (UN MILLON DE PESOS 00/100 M.N.).*** FIN DE TEXTO ***

| FIRMA |
|---|

CORONEL SICILIA RUTH

GERENTE DE OFICINA

| SELLO DIGITAL |
|---|

jys74Sg3GLeu2Q0RXT+Ujkt1vlllXZVxYZ34IfLwQ3We7UHOYWdSDmqFNusq5PTBdKsz4QV4kyqwlkgO8vs85JB9B5qFDYw9DEhXaWwQBPiyVr6nrZ86zn2V+AIBzLEqXGhs9p98HXVp4KQAMZLcf8pPiitsG3QFV9aAtBoSILs=
CORONEL SICILIA RUTH

**LINEA DE VALIDACIÓN** **0602712788T2OWZZ**

Esta póliza se otorga en términos de las Normas Reguladoras establecidas al reverso de este documento, autorizadas por la Comisión Nacional de Seguros y Fianzas, consultables también en www.sofimex.mx

Esta fianza se puede validar en los teléfonos 54802559, 54802506 o en www.amig.org.mx con la línea de validación:          0602712788T2OWZZ

"En cumplimiento a lo dispuesto en los artículos 209 y 210, de la Ley de Instituciones de Seguros y de Fianzas, la documentación contractual y la nota técnica respectiva, quedaron registradas ante la Comisión Nacional de Seguros y Fianzas, a partir de los días 08 DE ENERO DE 2021, 07 DE ENERO DE 2021 y 4 DE JULIO DE 2020, con los números: CNSF-S0805-0197-2020, CNSF-S0805-0195-2020, CNSF-S0805-0194-2020, CNSF-S0805-0193-2020, CNSF-S0805-0188-2020, CNSF-S0805-0205-2020, CNSF-S0805-0204-2020, CNSF-S0805-0203-2020, CNSF-S0805-0198-2020, CNSF-S0805-0186-2020."

# SOFIMEX®

**NORMAS REGULADORAS PARA POLIZAS DE FIANZA AUTORIZADAS POR LA COMISION NACIONAL DE SEGUROS Y FIANZAS.**

| FIANZA: | 2712788 |
|---|---|

| LÍNEA DE VALIDACIÓN: | 0602712788T2OWZZ |
|---|---|

1.- Los términos de esta póliza deben ser claros y precisos, haciéndose constar con exactitud la cuantía de la fianza, el nombre completo DEL (DE) LOS BENEFICIARIO (S) y el DEL (DE LOS) FIADO (S); la obligación principal afianzada y la de SOFIMEX con sus propias estipulaciones. Artículo 166 de la Ley de Instituciones de Seguros y de Fianzas (L.I.S.F.). Las primas derivadas de la expedición de fianzas en moneda extranjera, se cubrirá a SOFIMEX en la misma moneda de expedición de la póliza. El pago de comisiones y otros cargos relacionados con la expedición de fianzas a agentes autorizados, se cubrirá por el equivalente en moneda nacional al tipo de cambio que rija en el momento en que se cubran las primas, sin perjuicio de que la parte que corresponda a entidades o agentes extranjeras, se realice en moneda extranjera.

2.- El original de la póliza y sus documentos relacionados, tales como aumento o disminución de la cuantía de la fianza, las prórrogas de su vigencia o cualquier otra modificación deberá (n), conservarlos EL (LOS) BENEFICIARIO (S) y deberá (n) presentarlos para el ejercicio de sus derechos ante las autoridades competentes. En caso de pérdida o extravío EL (LOS) BENEFICIARIO (S) podrán exigir a SOFIMEX que le proporcionen a su costa duplicado de la póliza. La devolución de la póliza a SOFIMEX es presunción legal de extinción de la fianza y la liberación de las obligaciones en ellas contraídas, salvo prueba en contrario. Artículo 166 de la L.I.S.F.

3.- Los derechos y las obligaciones derivadas de esta fianza se reputan actos de comercio para todos los que en ella intervengan, sean como BENEFICIARIO (S), FIADO (S), SOLICITANTE (S), CONTRAFIADOR (ES), OBLIGADO (S) SOLIDARIO (S) a favor de SOFIMEX, con excepción de la garantía hipotecaria que por la fianza hayan otorgado, o estarán regidos por la Ley de Instituciones de Seguros y de Fianzas y en lo que no provea por la legislación mercantil y por el Código Civil Federal (C.C.F.). Artículos 32 y 183 de la L.I.S.F.

4.- SOFIMEX se considera de acreditada solvencia por las fianzas que expida. Artículo 16 de la L.I.S.F.

5.- La fianza contenida en esta póliza es nula si garantiza el pago de títulos de crédito o prestamos en dinero, con excepción de las autorizadas y emitidas en términos del Título 19, Capítulo 19.1, disposiciones, 19.1.6, 19.1.7. y 19.1.8.. de la Circular Única de Seguros y Fianzas, publicada en el Diario Oficial de la Federación el 19 de Diciembre de 2014, que a continuación se transcriben:

" 19.1.6 En ningún caso podrán expedirse fianzas de crédito, si no se comprueba ante la Institución que se cuenta con pólizas de seguros sobre los bienes materia del contrato que origina la expedición de la fianza de crédito respectiva, expedidas a favor de la Institución. Cuando el fiado sea persona física deberá contar, adicionalmente, con un seguro de vida a favor de la Institución, que cubra cuando menos el saldo insoluto del crédito. No se requerirá contar con el seguro de vida a que se refiere el párrafo anterior, cuando el fiado tenga 65 años de edad o más, y éste otorgue garantías suficientes que apoyen la recuperación.

19.1.7. En el caso de que los fiados que cuenten con los seguros a que se refiere la Disposición 19.1.6, deberán obtener de la Institución de Seguros respectiva el endoso preferente a favor de la Institución que otorgue la fianza.

19.1.8. Las Instituciones deberán autorizar el pago de las sumas aseguradas convenidas en los contratos de seguro a que hacen referencia las Disposiciones 19.1.6 y 19.1.7, según corresponda, a favor del fiado o sus beneficiarios, siempre y cuando no exista incumplimiento de éste respecto a las obligaciones afianzadas, y sin que se incumpla lo previsto en este Capítulo. "

6.- SOFIMEX está excluida de los beneficios de orden y excusión a los que se refieren los Arts. 2814 y 2815 del C.C.F. La fianza no se extinguirá aún cuando el acreedor no requiera judicialmente AL (LOS) DEUDOR (ES), FIADO (S) el cumplimiento de la obligación afianzada o dejare de promover en causa justificada en el juicio promovido en su contra. Artículo 178 de la L.I.S.F.

7.- La obligación de SOFIMEX contraída en esta póliza se extinguirá si EL (LOS) ACREEDOR (ES) BENEFICIARIO (S), concede (n) AL (LOS) FIADO (S) prórroga o espera sin consentimiento por escrito de SOFIMEX. Artículo 179 de la L.I.S.F.

8.- La novación de la obligación principal afianzada extinguirá la fianza si SOFIMEX no da su consentimiento para esa novación, y para garantizar con la misma fianza la obligación novatoria. Artículo 2220 del C.C.F.

9.- La quita o pago parcial de la obligación principal afianzada reduce la fianza en la misma proporción y la extingue si por esas causas dicha obligación principal la fiada queda sujeta a nuevos gravámenes o condiciones. Artículo 2847 del C.C.F.

10.- Las Acciones del (los) BENEFICIARIO (S) de la fianza en contra de SOFIMEX prescriben en tres años contados a partir del día en que se haya hecho exigible su obligación. Artículo 175 de la L.I.S.F.

11.- Cuando la fianza sea a favor de particular (es) podrá (n) reclamar su pago directamente ante SOFIMEX. En caso de que esta no le dé contestación dentro del término legal o que exista inconformidad respecto de la resolución emitida por la misma, el reclamante podrá hacer valer sus derechos ante la Comisión Nacional para la Protección y Defensa de los Usuarios de Servicios Financieros o ante los tribunales Federales o Comunes. Artículos 279 y 280 de la L.I.S.F., Asimismo el usuario podrá presentar la reclamación ante la unidad especializada de esta INSTITUCIÓN, conforme a la Ley de Protección y Defensa al Usuario de Servicios Financieros.

12.- Si la fianza garantiza obligaciones fiscales a favor de la Federación a cargo de terceros su procedimiento de cobro estará regido por el Artículo 143 del Código Fiscal de la Federación.

13.- Si la fianza se otorga a favor de la Hacienda Pública ya sea de la Federación del Distrito Federal, de los Estados o de los Municipios su procedimiento de cobro se hará conforme al Artículo 282 de la L.I.S.F.

14.- Cuando EL BENEFICIARIO tuviere que formular reclamación, deberá de presentarla en el domicilio de las oficinas o Sucursales de SOFIMEX, INSTITUCIÓN DE GARANTÍAS, S.,A. en original y con firma autógrafa del beneficiario o su Representante legal, debiendo contener como mínimo los siguientes requisitos:

a) Fecha de Reclamación;
b) Número de Póliza de Fianza relacionado con la reclamación recibida;
c) Fecha de Expedición de la Fianza;
d) Monto de la Fianza;
e) Nombre o denominación del Fiado;
f) Nombre o denominación del beneficiario, y en su caso, de su Representante legal acreditado;
g) Domicilio del Beneficiario para oír y recibir notificaciones
h) Descripción de la obligación garantizada;
i) Referencia del Contrato Fuente (Fechas, Número de Contrato, etc.);
j) Descripción del incumplimiento de la obligación garantizada que motiva la presentación de la reclamación, acompañando la documentación que sirva como soporte para comprobar lo declarado, y el
k) Importe originalmente reclamado como suerte principal,

15.- SOFIMEX podrá constituirse en parte y gozará de todos los derechos inherentes a ese carácter en los negocios de cualquier índole y en los procesos, juicios u otros procedimientos judiciales en los cuales haya otorgado esta fianza en todo lo que se relacione a las responsabilidades que de ésta derive así como en los procesos que se sigan al fiado por las responsabilidades que haya garantizado. A petición de parte, SOFIMEX será llamada a dicho proceso o juicio para que este a sus resultas. Artículo 287 de la L.I.S.F.

16.- Las oficinas y las autoridades dependientes de la Federación, del Distrito Federal, de los Estados o de los Municipios están obligados a proporcionar a SOFIMEX los datos que les soliciten relativos a antecedentes personales y económicos de quienes le hayan solicitado la fianza y de informarle sobre la situación del asunto, sea judicial administrativo o de otra naturaleza, para el que se haya otorgado, o de acordar, dentro de los 30 días naturales siguientes, la solicitud de cancelación de la fianza. En caso de que las autoridades no resuelvan estas solicitudes dentro del plazo mencionado, se entenderán resueltas en sentido negativo al solicitante. Artículo 293 de la L.I.S.F.

17.- Las autoridades, federales estatales, o locales, están obligadas a admitir las fianzas de las instituciones autorizadas por el Gobierno Federal para expedirlas; aceptar su solvencia económica sin calificar ni exigir la constitución de depósito, ni otorgamiento de fianza, ni comprobación de que sea propietaria de inmuebles, ni de su existencia jurídica, y será suficiente para que las acepten que la póliza esté firmada por las personas autorizadas por el Consejo de Administración de SOFIMEX cuya firma esté registrada ante la Comisión Nacional de Seguros y Fianzas. Artículo 18 y 165 de la L.I.S.F.

18.- Las autoridades mencionadas en el punto anterior no podrán fijar mayor importe a las fianzas que otorguen las instituciones de fianzas autorizadas por el Gobierno Federal que el que señalen para depósitos en dinero u otras formas de garantía. Artículo 18 de la L.I.S.F.

19.- El pago de la fianza subroga a SOFIMEX por Ministerio de Ley en todos los derechos, acciones y privilegios del (de los) acreedor (es) a quien (es) se le (s) haya pagado, derivados de la obligación afianzada. La obligación fiadora se extinguirá si por causas imputables al (los) acreedor (es) SOFIMEX no puede subrogarse en estos derechos, acciones y privilegios en contra de su (s) DEUDOR (ES) FIADO (S). Artículo 177 de la L.I.S.F. 2830 y 2845 C.C.F.

20.- Si SOFIMEX tuviere que pagar la cantidad reclamada derivada de la presente fianza LA (EL) SOLICITANTE y LA (S) (EL) (LOS) OBLIGADA (O) (S) SOLIDARIO (S) contraen la obligación de reintegrarle el importe cubierto inmediatamente que se les requiera y a pagarle intereses moratorios desde la fecha en que SOFIMEX les haya notificado el pago de la fianza hasta que le reintegren el importe reclamado de acuerdo a la tasa pactada. El pago de reclamaciones que realice SOFIMEX en el extranjero, se efectuará por conducto de las instituciones de crédito mexicanas o filiales de éstas a través de sus oficinas del exterior, en la moneda que se haya establecido en la póliza.

21.- Si la Institución de Fianzas no cumple con las obligaciones asumidas en la póliza al hacerse exigibles, estará obligada, aun cuando la reclamación sea extrajudicial, a cubrir en favor del (los) beneficiario (s) la prestación de acuerdo a lo dispuesto por el Artículo 283 de la L.I.S.F.

22- Para conocer y resolver de las controversias derivadas de ésta póliza de fianza serán competentes las autoridades mexicana, en los términos de la Ley de Instituciones de Seguros y de Fianzas, de la Ley de Protección y Defensa al Usuario de Servicios Financieros y otras disposiciones legales aplicables, sin perjuicio de que en los casos de fianzas en que el cumplimiento de la obligación garantizada surta sus efectos fuera del territorio nacional, se apliquen las normas correspondientes y los usos y costumbres internacionales.

*En cumplimiento a lo dispuesto en los artículos 209 y 210, de la Ley de Instituciones de Seguros y de Fianzas, la documentación contractual y la nota técnica respectiva, quedaron registradas ante la Comisión Nacional de Seguros y Fianzas, a partir de los días 08 DE ENERO DE 2021, 07 DE ENERO DE 2021 y 4 DE JULIO DE 2020, con los números: CNSF-S0805-0197-2020, CNSF-S0805-0195-2020, CNSF-S0805-0194-2020, CNSF-S0805-0193-2020, CNSF-S0805-0188-2020, CNSF-S0805-0205-2020, CNSF-S0805-0204-2020, CNSF-S0805-0203-2020, CNSF-S0805-0198-2020, CNSF-S0805-0186-2020.