PAUL S. METSCH [SBN 121912]
pmetsch@metschmason.com
M: 619-991-4923
MICHAEL J. MASON [SBN 222602]
mmason@metschmason.com
METSCH & MASON, LLP
Sun Harbor Marina
5060 N. Harbor Drive, Suite 275
San Diego, CA  92106
Direct: 619-230-0897

Attorneys for Plaintiff LR LEASING, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LR LEASING, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> UNIFIN FINANCIERA, S.A.B. de C. V., a Mexican non-banking financial institution, <br><br> Defendant. | Case No.: 3:22−cv−01460−DMS−KSC <br><br> **DECLARTION OF MICHAEL J. MASON RE AUGUST 11, 2023 HEARING RE DISMISSAL FOR LACK OF PROSECUTION; STATUS OF SERVICE OF PROCESS ON DEFENDANT UNIFIN FINANCIERA, S.A.B. de C.V.** |

55431-014

3:22−cv−01460−DMS−KSC

DECLARTION OF MICHAEL MASON RE AUGUST 11, 2023 HEARING RE DISMISSAL FOR LACK OF PROSECUTION; STATUS OF SERVICE OF PROCESS ON DEFENDANT UNIFIN FINANCIERA, S.A.B. de C.V.

I, Michael J. Mason, declare:

1.    I am an attorney at law duly licensed to practice before this court. I am a partner at Metsch & Mason, LLP, counsel of record for Plaintiff LR Leasing, Inc. ("Plaintiff"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to such facts.

2.    I am presently working to serve Defendant Unifin Financiera, S.A.B. de C.V. ("Unifin") with the Summons and Complaint. Unifin is a Mexican entity, with no place of business in the United States. Unifin must therefore be served in accordance with the Hague Convention.

3.    Thus, on or about October 7, 2022, we hired Judicial Process and Support ("Judicial Process"), an international process service company, to cause Unifin to be served with the Summons and Complaint at its principal place of business in Mexico. A true copy of the Request for Service Abroad prepared by Judicial Process is attached hereto as **Exhibit 1**. According to Judicial Process, service on Unifin could take anywhere from 6 to 12 months from the outset. Other international service of process companies that I contacted stated that service of process on Unifin could take up to two years.

4.    In mid-January 2023, I inquired of Judicial Process via email regarding the current status of service of the Summons and Complaint on Unifin. Judicial Process informed me on January 17, 2023 that "[a]s of today, we have not received any affidavit on this pending matter. Remember, service will take from 6-12 months. Below is the timeline on your matter: Your package was received in Mexico on 11/22/2022. Please allow 3-6 months for service (Check initial email for estimated timeline). If by 02/28/2023 we or you have not received the affidavit, we will begin sending the Status Request Letters. The 2nd and 3rd Status Request Letters will be sent on 03/30/2023 and 04/30/2023." A true copy of this email string is attached hereto as **Exhibit 2**.

5.    On April 5, 2023, I again inquired of Judicial Process concerning the

current status of service of the Summons and Complaint on Unifin.  On April 10, 2023, Judicial Process responded, stating: "As of today, we have not received any updates from the Central Authority."  Next, on April 28, 2023, I again inquired of Judicial Process regarding the status of service on Unifin.  Judicial Process responded on April 28, 2023, with the following (in relevant part):

> As of today, we have not received any updates from the Central Authority. **Service in Mexico is taking 6-12 months according to updated information provided by them**. We have the third status request letter scheduled to be sent out on April 30th.

> In the meantime, if we receive the final affidavit by the CA or any status on this matter we will fully inform you. (Emphasis added).

Thus, it appears that international service in Mexico is taking anywhere from 6 to 12 months.  **It has currently been about 8 months** since Judicial Process commenced its service efforts on Unifin in Mexico, which began around November 22, 2023.  A true copy of the April 5 to April 28, 2023 email string with Judicial Process is attached hereto as **Exhibit 3**.

6.　　On August 4, 2023, I contacted Judicial Process for an update on the service on Unifin.  I received an email in response, which stated that service in Mexico is delayed due to the effects of COVID, and that service on Unifin in Mexico could take 6 to 12 months.  Judicial Process' responses stated, in relevant part:

> Hello Michael,

> Thank you for contacting our office. As of today, we have not received any updates from the Central Authority. **Service in Mexico takes 6-12 months, times have extended particularly in this country because of COVID. We sent the third status request letter on April 30th, 2023**.

> Case Update: **As of 8/4/2023, we have not received the final affidavit**. (Emphasis added).

A true copy of Judicial Process' August 4, 2023 response to me is attached hereto as **Exhibit 4**.

7.     On August 7, 2023, I again contacted Judicial Process regarding the
status of service, and Judicial Process sent the below email (in relevant part) to the
Mexican Central Authority, asking for the status of service on Unifin:

> A Hague Request for service aboard was received by your
> Central Authority on 11/22/2022. We would like a status
> on UNIFIN FINANCIERA, S.A.B. de C. V. | 22CV1460
> DMS KSC | LR LEASING, INC. a Nevada corporation
> VS. UNIFIN FINANCIERA S.A.B. de C.V., a Mexican
> non-banking financial institution.  If the defendant has
> been served can you please provide the final affidavit by
> emailing us at Global@JudicialSupport.com. and mail the
> original affidavit to the address listed below.
>
> **It is imperative that we receive this information from
> you in order to proceed with our case in the United
> States and also inform our Judge of any status updates**.
> (Emphasis added).

A true copy of Judicial Process' August 7, 2023 email to the Mexican Central
Authority is attached hereto as **Exhibit 5**.

8.     In addition, on August 7, 2023, Judicial Process sent me the below
email:

> Hello Michael:
>
> It was a pleasure speaking with you today.
> As of today, we have not received the affidavit of service
> on the above referenced defendant.
>
> We would recommend waiting an additional 2 more
> months so the Mexican authorities can respond to our
> USM 94 package.
>
> **We have sent an email today to the Central Authority
> (information below) today 8/7/23 and once we have a
> response from them--we will forward it to you**.
> (Emphasis added).

A true copy of Judicial Process' August 7, 2023 email to me is attached hereto as
**Exhibit 6**.

9.     Based on the information that I received from Judicial Process on
August 7, 2023, we respectfully request that the hearing scheduled for August 11,
2023 be continued for at least 90 days.  We still do not yet have a response from the

Mexican Central Authority regarding the status letter that Unifin sent on April 30, 2023, and Judicial Process has exercised diligence in requesting a response from the Mexican Central Authority.

10. **If service on Unifin is not complete within approximately the next two months, we will obtain from Judicial Process a Declaration of Non-Service. At that point, we will apply to the Court to serve Unifin via Publication, Mail or other Court-authorized means, in accordance with F.R.C.P. sections 4(f) and 4(h)(2).**

11. Under F.R.C.P. section 4(m), the 90-day dismissal rule "… does not apply to service in a foreign country under Rule 4(f), 4(h)(2) …."

12. Unifin remains in unlawful possession of Plaintiff's Gulfstream jet.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 8th day of August, 2023 at San Diego, California.

_____/s/ Michael J. Mason_____
Michael J. Mason

EXHIBIT 1

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| MICHAEL J. MASON, ESQ. | Ministry of Foreign Affairs |
| C/o Judicial Process & Support, Inc. | Directorate-General of Legal Affairs |
| 19 West Flagler Street, #610 | Plaza Juárez No. 20, Planta Baja |
| Miami, FL 33130 | Col. Centro, Alcaldía Cuauhtémoc |
| Authorized applicant pursuant to public law | C.P. 06010 Ciudad de México |
| 97-351 of Feb. 26, 1983 which amended rule | Mexico |
| 4(c) 2(a) Federal Rules of Civil Procedure | |
| Case Number: 22CV1460 DMS KSC | |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
UNIFIN FINANCIERA, S.A.B. DE C.V.
PRESIDENTE MASARYK #111 INT 5 COL CHAPULTEPEC MORALES
MEXICO CITY, DF 11570
MEXICO

| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** |
| | | selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** |
| | | selon la forme particulière suivante (article 5, alinéa premier, lettre b)) : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** |
| | | le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents* / *Énumération des pièces*

- EXECUTED "REQUEST" IN TRIPLICATE
- SUMMONS, CIVIL COVER SHEET, COMPLAINT WITH EXHIBITS
- ALL DOCUMENTS IN TRIPLICATE

\* if appropriate / s'il y a lieu

| **Done at** / Fait à SAN DIEGO, CA, USA, | **Signature and/or stamp** |
|---|---|
| | Signature et / ou cachet |
| **The / le** | |

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : |
|---|

| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a))\* |
|---|---|---|
| ☐ | *b)* | **in accordance with the following particular method\*:**<br>selon la forme particulière suivante\* :<br>_____ |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily\***<br>par remise simple\* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\* :

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes / Annexes*

| **Documents returned:**<br>Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution :<br>\* if appropriate / s'il y a lieu | |

| **Done at / Fait à**<br><br>**The / le** | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
UNIFIN FINANCIERA, S.A.B. DE C.V.
PRESIDENTE MASARYK #111 INT 5 COL CHAPULTEPEC MORALES
MEXICO CITY, DF 11570
MEXICO

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | MICHAEL J. MASON, ESQ.<br>c/o Judicial Process and Support, Inc.<br>19 W. Flagler St., #610, Miami, Fl. 33130 |
| **Particulars of the parties*:**<br>Identité des parties* : | LR LEASING, INC. a Nevada corporation VS.<br>UNIFIN FINANCIERA S.A.B. de C.V.<br>CASE NO. 22CV1460 DMS KSC |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☐ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | TO GIVE NOTICE THAT THE PLAINTIFF HAS FILED A COMPLAINT AGAINST THE DEFENDANT |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Unifin Financiera has wrongfully taken possession of LR Leasing, Inc.'s Gulfstream IV jet aircraft. The lawsuits seeks recovery of the Aircraft and damages against Unifin Financiara. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | FILE ANSWER WITH:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, CLERK OF COURT<br>333 W BROADWAY,<br>SUITE 420<br>SAN DIEGO, CA 92101<br>A COPY OF THE ANSWER MUST BE MAILED TO: MICHAEL J.  MASON, ESQ.<br>5060 N. HARBOR DR<br>STE 275<br>SAN DIEGO, CA 92106-2386 |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | ANSWER OR RESPONSE IS DUE 21 DAYS AFTER SERVICE UPON YOU. |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | N/A |
| **Time-limits stated in the document**:**<br>Indication des délais figurant dans l'acte** : | N/A |

** if appropriate / s'il y a lieu

EXHIBIT 2

**Michael Mason**

| | |
|---|---|
| **From:** | Michael Mason |
| **Sent:** | Tuesday, January 17, 2023 11:06 AM |
| **To:** | International Service |
| **Subject:** | RE: Your USM94 Is Ready! –UNIFIN FINANCIERA, S.A.B. DE C.V....- Print, Sign and Return back to us... |

Thank you.  Yes, I know it will take months, but I must let the District Court know what's going on.

I appreciate your response.

**From:** International Service <global@judicialsupport.com>
**Sent:** Tuesday, January 17, 2023 11:04 AM
**To:** Michael Mason <mmason@metschmason.com>
**Subject:** Re: Your USM94 Is Ready! -UNIFIN FINANCIERA, S.A.B. DE C.V....- Print, Sign and Return back to us...

Hello Michael:

As of today, we have not received any affidavit on this pending matter.  Remember, service will take from 6-12 months.

Below is the timeline on your matter

Your package was received in Mexico on 11/22/2022. Please allow 3-6 months for service (Check initial email for estimated timeline). If by 02/28/2023 we or you have not received the affidavit, we will begin sending the Status Request Letters. The 2nd and 3rd Status Request Letters will be sent on 03/30/2023 and 04/30/2023.

Thanks
Maria J. Gutierrez

On Mon, Jan 16, 2023 at 11:14 AM Michael Mason <mmason@metschmason.com> wrote:

> Please provide me with a response to my below email by tomorrow, 1/17.  Thank you.
>
>
> Mike Mason
>
>
> _____
>
> **From:** Michael Mason
> **Sent:** Wednesday, January 11, 2023 10:39 AM
> **To:** International Service <global@judicialsupport.com>
> **Subject:** RE: Your USM94 Is Ready! -UNIFIN FINANCIERA, S.A.B. DE C.V....- Print, Sign and Return back to us...

Please provide me with a current status of service. The US District Court has set a hearing to dismiss this matter, so I need to show that we are working to serve Unifin with the Summons and Complaint.

Thank you.

Mike Mason

**From:** International Service <global@judicialsupport.com>
**Sent:** Friday, November 4, 2022 10:54 AM
**To:** Michael Mason <mmason@metschmason.com>
**Subject:** Your USM94 Is Ready! -UNIFIN FINANCIERA, S.A.B. DE C.V....- Print, Sign and Return back to us...

Hi Michael,

I have attached the USM94 directed to the defendant.

**Instructions:**

- **Please Michael Mason sign at the bottom of page 1 underneath "signature and/or stamp".**

- **I will need 3 signed originals FOR DEFENDANT to be FedEx to our office;**

- **No electronic copies must be originals**

Please confirm receipt of this email and if you have any questions please let me know

Thank you

Maria J. Gutierrez

Karen M.

--



19 W Flagler Street, Suite 610 | Miami, FL 33130
Phone: 305.347.3353
E-Mail: Global@judicialsupport.com | Website: www.JudicialSupport.com

*Service Offering:*

- Nationwide Service of Process
- International Service of Process
- Legal Translation in 100+ Languages

   

--



19 W Flagler Street, Suite 610 | Miami, FL 33130
Phone: 305.347.3353
E-Mail: Global@judicialsupport.com | Website: www.JudicialSupport.com

*Service Offering:*

- Nationwide Service of Process

- [International Service of Process](#)
- [Legal Translation in 100+ Languages](#)

   

# EXHIBIT 3

**Michael Mason**

---

**From:** International Service <global@judicialsupport.com>
**Sent:** Friday, April 28, 2023 10:57 AM
**To:** Michael Mason
**Subject:** Re: Your USM94 Is Ready! -UNIFIN FINANCIERA, S.A.B. DE C.V....- Print, Sign and Return back to us...

Hi Michael,

As of today, we have not received any updates from the Central Authority. Service in Mexico is taking 6-12 months according to updated information provided by them. We have the third status request letter scheduled to be sent out on April 30th.

In the meantime, if we receive the final affidavit by the CA or any status on this matter we will fully inform you.

Also please note that the Central Authority communicates directly with your Court and sends all the documentation to your court directly. You will need to check your Court docket.

Do not hesitate to reach out if you have further questions, we will be happy to help.

Thank you,

Catalina M.

On Fri, Apr 28, 2023 at 12:29 PM Michael Mason <mmason@metschmason.com> wrote:

Has there been any update?

**From:** International Service <global@judicialsupport.com>
**Sent:** Monday, April 10, 2023 7:30 AM
**To:** Michael Mason <mmason@metschmason.com>
**Subject:** Re: Your USM94 Is Ready! -UNIFIN FINANCIERA, S.A.B. DE C.V....- Print, Sign and Return back to us...

Hi Michael,

As of today, we have not received any updates from the Central Authority.

**Article 15:**
The Hague Convention has a rule that after 6 months if the country does not respond then you have the ability to file a motion for default or publication. Usually, the Judges will grant this request.

Please click this link so you can review the [treaty](treaty)

If you want to proceed with this method then we must wait until May 1, 2023, and then you can request an affidavit of non-service from us. Please allow 10 business days for the preparation of the affidavit.

We have a letter requesting an update on service schedule for 04/30/2023. If we receive any information on the service from the Central Authority we will inform you.

Please let me know if you have any questions in the meantime

Thank you,
Catalina M.

On Wed, Apr 5, 2023 at 10:56 AM Michael Mason <[mmason@metschmason.com](mailto:mmason@metschmason.com)> wrote:

Hello,

Please provide me with a current status of service. The US District Court has scheduled a hearing in this matter for May 5, 2023, to potentially dismiss this matter, so I need to provide the current status of service on Unifin with the Summons and Complaint.

Thank you.

Mike Mason

**From:** International Service <[global@judicialsupport.com](mailto:global@judicialsupport.com)>
**Sent:** Tuesday, January 17, 2023 11:08 AM
**To:** Michael Mason <[mmason@metschmason.com](mailto:mmason@metschmason.com)>
**Subject:** Re: Your USM94 Is Ready! -UNIFIN FINANCIERA, S.A.B. DE C.V....- Print, Sign and Return back to us...

Once we receive the affidavit we will let you know.

Thanks again

EXHIBIT 4

**Michael Mason**

| | |
|---|---|
| **From:** | International Service <global@judicialsupport.com> |
| **Sent:** | Friday, August 4, 2023 9:52 AM |
| **To:** | Michael Mason |
| **Subject:** | Re: Your USM94 Is Ready! –UNIFIN FINANCIERA, S.A.B. DE C.V....- Print, Sign and Return back to us... |

Hello Michael,

Thank you for contacting our office. As of today, we have not received any updates from the Central Authority. Service in Mexico takes 6-12 months, times have extended particularly in this country because of COVID. We sent the third status request letter on April 30th,2023.

**Case Update:**
As of 8/4/2023, we have not received the final affidavit.

**Article 15:**
The Hague Convention has a rule that after 6 months if the country does not respond then you have the ability to file a motion for default or publication. Usually, the Judges will grant this request.

Please click this link so you can review the treaty

Please confirm your request for an affidavit of non-service from us and once confirmed please allow 10 business days for the preparation of the affidavit.

If you have any additional questions, let us know, we will be happy to help.

Thank you,
Catalina M.

On Fri, Aug 4, 2023 at 10:15 AM Michael Mason <mmason@metschmason.com> wrote:

> Maria:
>
>
> Given that it appears that your company will never be able to serve Unifin, please prepare for me a Declaration of Due Diligence, stating that your company has been unable to effectuate service on Unifin, despite your best efforts.
>
>
> I have a hearing this coming Friday on this matter, so I need the Declaration from your office by no later than Monday, August 7, 2023.
>
>
> Please let me know immediately if you have any issue with this request or if you have any questions.

EXHIBIT 5

# Michael Mason

**From:** International Service <Global@JudicialSupport.com>
**Sent:** Monday, August 7, 2023 8:35 AM
**To:** dgajuridicos@sre.gob.mx
**Cc:** Global@JudicialSupport.com; Michael Mason
**Subject:** Please Help Us On  UNIFIN FINANCIERA, S.A.B. de C. V. |  Mexico

Hello,

A Hague Request for service aboard was received by your Central Authority on **11/22/2022.** We would like a status on **UNIFIN FINANCIERA, S.A.B. de C. V. | 22CV1460 DMS KSC | LR LEASING, INC. a Nevada corporation VS. UNIFIN FINANCIERA S.A.B. de C.V., a Mexican non-banking financial institution**

If the defendant has been served can you please provide the final affidavit by emailing us at Global@JudicialSupport.com. and mail the original affidavit to the address listed below.

It is imperative that we receive this information from your in order to proceed with our case in the United States and also inform our Judge of any status updates.

Sincerely,

Maria J. Gutierrez | Judicial Process & Support Inc. | (305) 347-3353 | 19 West Flagler Street, Suite 610, Miami, Florida, USA

EXHIBIT 6

| | |
|---|---|
| **From:** | International Service <global@judicialsupport.com> |
| **Sent:** | Monday, August 7, 2023 1:14 PM |
| **To:** | Michael Mason |
| **Subject:** | Re : UNIFIN FINANCIERA, S.A.B. de C. V. | Mexico |

Hello Michael:

It was a pleasure speaking with you today.

As of today, we have not received the affidavit of service on the above referenced defendant.

We would recommend waiting an additional 2 more months so the Mexican authorities can respond to our USM 94 package.

We have sent an email today to the Central Authority (information below) today 8/7/23 and once we have a response from them--we will forward it to you.

| | |
|---|---|
| Ministry of Foreign Affairs<br>Directorate-General of Legal Affairs<br>Plaza Juárez No. 20, Planta Baja<br>Col. Centro, Alcaldía Cuauhtémoc<br>C.P. 06010 Ciudad de México<br>Mexico | |
| Telephone: | +52 (55) 3686 5100 (Ext. 5235, 6445, 6438, 6413, 6127, 5227, 6415, 5243) |
| E-mail: | dgajuridicos@sre.gob.mx |
| General website: | http://www.sre.gob.mx/ |
| Contact person: | Mtro. José Luis Amaro Jaramillo |
| Languages spoken by staff: | Spanish/English |

Thank you
Maria J. Gutierrez *
CEO/Founder



19 W Flagler Street, Suite 610 | Miami, FL 33130
Phone: 305.347.3353
E-Mail: Global@judicialsupport.com | Website: www.JudicialSupport.com

*Service Offering:*

- International Service of Process
- Legal Translation in 100+ Languages

