1  PAUL S. METSCH [SBN 121912]
   pmetsch@metschmason.com
2  M: 619-991-4923
   MICHAEL J. MASON [SBN 222602]
3  mmason@metschmason.com
   METSCH & MASON, LLP
4  Sun Harbor Marina
   5060 N. Harbor Drive, Suite 275
5  San Diego, CA  92106
   Direct: 619-230-0897
6
   Attorneys for Plaintiff LR LEASING, INC.
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  | LR LEASING, INC., a Nevada | Case No.: 3:22−cv−01460−DMS−KSC |
    | corporation, | |
11  | | **DECLARTION OF MICHAEL J.** |
    | | **MASON RE OCTOBER 13, 2023** |
12  | Plaintiff, | **HEARING RE DISMISSAL FOR** |
    | | **LACK OF PROSECUTION;** |
13  | vs. | **STATUS OF SERVICE OF** |
    | | **PROCESS ON DEFENDANT** |
14  | | **UNIFIN FINANCIERA, S.A.B. de** |
    | UNIFIN FINANCIERA, S.A.B. de C. | **C.V.** |
15  | V., a Mexican non-banking financial | |
16  | institution, | |

17            Defendant.

18

19

20

21

22

23

24

25

26

27

28

DECLARTION OF MICHAEL MASON RE OCTOBER 13, 2023 HEARING RE DISMISSAL FOR LACK OF
PROSECUTION: STATUS OF SERVICE OF PROCESS ON DEFENDANT UNIFIN FINANCIERA, S.A.B. de C.V.

1    I, Michael J. Mason, declare:

2    1.    I am an attorney at law duly licensed to practice before this court. I am

3 a partner at Metsch & Mason, LLP, counsel of record for Plaintiff LR Leasing, Inc.

4 ("Plaintiff"). I have personal knowledge of the facts set forth herein and, if called as

5 a witness, could and would testify competently to such facts.

6    2.    As this Court is well aware from several of my previously filed

7 Declarations, we have been working to serve Defendant Unifin Financiera, S.A.B.

8 de C.V. ("Unifin") with the Summons and Complaint through Judicial Process and

9 Support ("Judicial Process"). To date, Judicial Process has not succeeded in serving

10 Unifin because the Mexican Central Authority has either failed or refused to provide

11 us with any update regarding the status of service.

12    3.    Most recently, this Court issued a Minute Order on August 9, 2023,

13 stating: "At or before that time [October 13, 2023], Plaintiff shall attempt to effect

14 service in any acceptable manner under the Hauge Convention." (Clarification

15 added). Per *Water Splash, Inc. v. Menon* (2017) 581 U.S. 271, service by mail on

16 foreign defendants is an authorized method of service under the Hague Convention.

17 Thus, on October 10, 2023, I ensured that the Summons and Complaint were mailed

18 to Unifin via Registered Mail with online tracking. A true copy of the Registered

19 Mail receipt is attached hereto as **Exhibit 1**.

20    4.    Based on this Declaration, the effort to serve via Registered Mail and

21 the ongoing effort by Judicial Process to complete service, Plaintiff respectfully

22 requests a 30 or 60-day continuance of the hearing to dismiss this action.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

55431-014

-1-                    3:22−cv−01460−DMS−KSC

DECLARTION OF MICHAEL MASON RE OCTOBER 13, 2023 HEARING RE DISMISSAL FOR LACK OF
PROSECUTION; STATUS OF SERVICE OF PROCESS ON DEFENDANT UNIFIN FINANCIERA, S.A.B. de C.V.

1    5.    Unifin remains in unlawful possession of Plaintiff's Gulfstream jet.

2    I declare under penalty of perjury under the laws of the United States that the

3    foregoing is true and correct and that this declaration was executed this 10th day of

4    October, 2023 at San Diego, California.

5

6                                            _____ /s/ Michael J. Mason _____

7                                            Michael J. Mason

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARTION OF MICHAEL MASON RE AUGUST 11, 2023 HEARING RE DISMISSAL FOR LACK OF
PROSECUTION: STATUS OF SERVICE OF PROCESS ON DEFENDANT UNIFIN FINANCIERA, S.A.B. de C.V.

# EXHIBIT 1



Registered No. RF258296874US

Date Stamp

POINT LOMA
OCT 10 2023
SAN DIEGO CA 92106

Postage $ $7.44

Extra Services & Fees (continued)

Extra Services & Fees
☐ Registered Mail $ $20.25
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $

☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $27.69

Customer Must Declare Full Value $0.00
$

Received by 10/10/2023

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

SAN DIEGO, CA 92106

FROM
Michael Mason Metsch + Mason, LLP
5060 N. Harbor Dr. #275
San Diego CA 92106

TO
Unifin Financiera SAB DE CV
Mexico
Pres. Masaryk #111 INT 5 Col. Chapultepec Morales
Mexico City, DF 11570, Mexico

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)