PAUL S. METSCH [SBN 121912]
pmetsch@metschmason.com
M: 619-991-4923
MICHAEL J. MASON [SBN 222602]
mmason@metschmason.com
METSCH & MASON, LLP
Sun Harbor Marina
5060 N. Harbor Drive, Suite 275
San Diego, CA  92106
Direct: 619-230-0897

Attorneys for Plaintiff LR LEASING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LR LEASING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIFIN FINANCIERA, S.A.B. de C.V., a Mexican non-banking financial institution,<br><br>Defendant. | Case No.: 3:22−cv−01460−DMS−KSC<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE**<br><br>[F.R.C.P § 41(a)(1)] |

Plaintiff LR Leasing, Inc. ("Plaintiff") hereby respectfully requests that the Court dismiss this matter, pursuant to F.R.C.P. section 41(a)(1), without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff has been unable to achieve service of the Summons on Defendant Unifin Financiera, S.A.B. de C.V., due to non-cooperation from the Mexican Central Authority.

Respectfully submitted,

DATED: December 11, 2023  METSCH & MASON, LLP

By:    s/*Michael J. Mason*
PAUL S. METSCH
MICHAEL J. MASON
Attorneys for Plaintiff LR LEASING, INC.